IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 493-082 |
| | * | |
| LARRY WEEMS | * | |

ORDER

Before the Court in the captioned case is a "Motion to Terminate Supervised Release" filed by Defendant Larry Weems pro se. In 1994, Weems was convicted by a jury of conspiracy to possess with intent to distribute and to distribute controlled substances. Weems was sentenced to 262 months imprisonment and five years of supervised release.

Weems has been under the supervision of the United States Probation Office in the Southern District of Florida since his release. This Court denied an earlier motion for early termination of supervised release in August 2014. Weems has now completed nearly four years with no violations. The Government has filed no opposition or response.

Upon due consideration, **IT IS ORDERED** that Weems's motion (doc. 982) is **GRANTED** and Larry Weems is discharged from his term of supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Medardo

Monterrey, United States Probation Office, 6565 Taft Street, Suite 300, Hollywood, Florida 33024.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA